UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRETT MILAU,

                                        Plaintiff,

          -against-                      **NOTICE OF MOTION**
                                                              **PURSUANT TO RULE 56**

SUFFOLK COUNTY, New York, Commissioner
TIMOTHY SINI, Individually, Sgt. WILLIAM
WALSH, Individually, Police Officer "John"         17-cv-06061(ADS)(SIL)
MOLINARI of the Pistol Licensing Bureau,
Individually, Captain WILLIAM SCRIMA,
Individually, and "JOHN DOE", Commanding
Officer of the Suffolk County Property Section,
Individually,

                                        Defendants.

PLEASE TAKE NOTICE, that upon the Defendants' Revised Counter Statement in Response to Plaintiff's Statement Pursuant to Local Rule 56.1 and Statement of Additional Material Facts (Docket entry no. 30-2), Defendants' Memorandum of Law in Support of Motion Pursuant to Rule 56, and upon all prior pleadings and proceedings, the undersigned will move this Court, before the Honorable Arthur D. Spatt at the United States Federal Courthouse, located at 100 Federal Plaza, Central Islip, New York, for an Order pursuant to Fed.R.Civ.P. Rule 56 granting summary judgment dismissing the Complaint herein.

Dated: Hauppauge, New York
       April 23, 2020                         Yours, etc.
                                               Suffolk County Attorney's Office
                                               Suffolk County Department of Law
                                               Attorney for County Defendants
                                               100 Veterans Memorial Highway
                                               Hauppauge, New York 11788

                                By:     */s/ Arlene S. Zwilling*
                                          Arlene S. Zwilling
                                          Assistant County Attorney

TO:

Amy L. Bellantoni, Esq.
The Bellantoni Law Firm, LLP
2 Overhill Road, Suite 400
Scarsdale, NY 10583