**COUNTY OF SUFFOLK**



**STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN**　　　　　　　　　　　　　　　　　　　　　　　　**DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

July 6, 2021

Hon. Joann Seybert, U.S.D.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: Milau v. Suffolk County
　　17-cv-6061(JS) (SIL)

Dear Judge Seybert:

Pursuant to the Court's Order of July 1, 2021, defendants file herewith a copy of plaintiff's 2016 pistol license application.

Respectfully submitted,

Dennis M. Cohen
County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

LOCATION　　　　　　　　　　　　　　　MAILING ADDRESS
H. LEE DENNISON BLDG.　　　　　　　　P.O. BOX 6100　　　　　　　　　　　　　　　　　(631) 853-4049
100 VETERANS MEMORIAL HIGHWAY　♦　HAUPPAUGE, NY  11788-0099　♦　TELECOPIER (631) 853-5169