UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRETT MILAU,

                                                Plaintiff,

**PROPOSED ORDER**

-against-                17-cv-06061(JS) (SIL)

SUFFOLK COUNTY, New York, Commissioner TIMOTHY SINI, Individually, Sgt. WILLIAM WALSH, Individually, Police Officer "John" MOLINARI of the Pistol Licensing Bureau, Individually, Captain WILLIAM SCRIMA, Individually, and "JOHN DOE", Commanding Officer of the Suffolk County Property Section, Individually,

                                              Defendants.

Magistrate Judge Steven I. Locke having issued a Report and Recommendation dated February 13, 2025 recommending, in part, that plaintiff's cross-motion for summary Judgment on his Second Amendment Claim be granted as against defendant County of Suffolk (sued herein as "Suffolk County, New York") and District Judge Joanna Seybert having issued a Memorandum and Order dated March 31, 2025 adopting said Report and Recommendation; it is hereby

ORDERED that Defendant County of Suffolk and its officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of this Order are permanently enjoined, effective immediately, from adopting and/or enforcing any orders, resolutions, ordinances, policies or practices which have the purpose or effect of prohibiting an individual's ability to possess firearms based solely upon a cohabitant's status

as statutorily prohibited from possessing a firearm. The cohabitant's status can only be considered insofar as it impacts upon whether an applicant could not be entrusted with a weapon in a manner that doesn't endanger himself or others.

SO ORDERED:

Date: _____

_____
Hon. Joanna Seybert
United States District Court Judge