

August 12, 2025

**VIA EMAIL**

Arlene Zwilling
Suffolk County Attorney's Office
H. Lee Dennison Building
100 Veteran's Memorial Highway, PO Box 6100
Hauppauge, New York 11788-0099

   Re: *Milau v. Suffolk County*
      17 Civ. 06061 (SIL))

Dear Arlene,

  Please be advised that my client, Brett Milau, accepts the County's offer of $67,177.00 in full settlement of all claims for compensation, attorney's fees and costs based on the allegations of the complaints in the above-referenced action.

Sincerely,

*Amy L. Bellantoni*
Amy L. Bellantoni