# OFFICE OF THE COUNTY LEGISLATURE
## COUNTY OF SUFFOLK



**ROBERT TROTTA**
**LEGISLATOR, 13TH DISTRICT**

**59 LANDING AVENUE**
**SMITHTOWN, NY 11787**
(631) 854-3900
FAX (631) 854-3903
e-mail: Robert.Trotta@suffolkcountyny.gov

July 31, 2025

Susan A. Flynn
Deputy County Attorney
P.O. Box 6100
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York 11788

**Re: Brett Milau *v* County of Suffolk, et al**

Dear Ms. Flynn:

This letter will confirm that at the July 31, 2025 meeting of the Ways and Means Committee of the Suffolk County Legislature, settlement of the above captioned matter by the County's contribution of the sum of **$67,177.00 (sixty-seven thousand one hundred seventy-seven dollars)** was authorized.

Very truly yours,

Robert Trotta
Suffolk County Legislator
Chairperson, Ways and Means Committee