UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRETT MILAU,<br><br>-against-<br>            Plaintiffs,<br><br>SUFFOLK COUNTY, New York, Commissioner TIMOTHY SINI, Individually, Sgt. WILLIAM WALSH, Individually, Police Officer "John" MOLINARI of the Pistol Licensing Bureau, Individually, Captain WILLIAM SCRIMA, Individually, and "JOHN DOE", Commanding Officer of the Suffolk County Property Section, Individually,<br>            Defendants. | ORDER ISSUED PURSUANT TO G.M.L. § 6-n APPROVING SETTLEMENT<br><br>17-cv-06061(SIL) |

P R E S E N T:  Hon. Steven I. Locke,

  WHEREAS, an application has been made to the undersigned by defendants Suffolk County, New York, Commissioner Timothy Sini, Sgt. William Walsh, "John" Molinari and Captain William Scrima in the captioned action for an Order approving a settlement of the action pursuant to Section 6-n of the General Municipal Law of the State of New York, for Sixty Seven Thousand One Hundred Seventy-Seven Dollars ($67,177.00),

  Now, upon reading and filing:

  a)  the letter of Assistant County Attorney, Arlene S. Zwilling, dated August 19, 2025;

  b)  the General Release signed by plaintiff, Brett Milau;

  c)  the letter of plaintiff's attorney Amy Bellantoni, Esq. agreeing to settlement;

d) the letter of Robert Trotta, Chairman of the Suffolk County Ways & Means Committee of the Suffolk County Legislature, dated July 31, 2025, approving settlement of the claim;

And it satisfactorily appearing to the Court from all prior proceedings had herein, that the proposed settlement of Sixty Seven Thousand One Hundred Seventy-Seven Dollars ($67,177.00), to be paid by defendants, Suffolk County, New York, Commissioner Timothy Sini, Sgt. William Walsh, "John" Molinari and Captain William Scrima, is just, reasonable and in the best interest of Suffolk County and the plaintiff;

IT IS, therefore, on the application of defendants, Suffolk County, New York, Commissioner Timothy Sini, Sgt. William Walsh, "John" Molinari and Captain William Scrima, and with the consent of the plaintiff's attorney;

THEREFORE ORDERED that said settlement is hereby approved and shall be disbursed in the following manner:

ORDERED, that the settlement of the captioned matter for the amount of Sixty Seven Thousand One Hundred Seventy-Seven Dollars ($67,177.00), inclusive of all costs, disbursements and attorney's fees, to be paid to plaintiff, Brett Milau and his attorney, Amy Bellantoni, Esq., is approved, and the application for said approval is hereby granted.

Dated: August 25, 2025  SO ORDERED.
Central Islip, NY

/s/ Steven I. Locke
———————————————
Hon. Steven I. Locke, U.S.M.J.